# SEND

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. ED CR 07- 42 VAP |
| Plaintiff(s), | JUDGMENT AND COMMITMENT ORDER FOLLOWING REVOCATION OF SUPERVISED RELEASE |
| v. | |
| JOSE ROLANDO RENDEROS, | |
| Defendant(s). | |

On Friday, February 7, 2014, the matter came on regularly for hearing on the Petition for Revocation of Probation and Supervised Release, filed on March 15, 2008, as to Allegation Nos. 1, 2, 3, 4; and, Amended Petition, filed on February 6, 2014, as to Allegation Nos. 5, 6, 7, 8, 9, 10, 11, 12, and 13, respectively. Appearing on behalf of the Defendant was Young Kim, Deputy Federal Public Defender, and appearing on behalf of the Government, was Assistant United States Attorney, Wesley Hsu.  Also present was Probation Officer, Jose Sanchez.

The Defendant after having been advised of the Allegations, as contained in the Petition, and Amended Petition, denied each of Allegation Nos. 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, and 13.

An evidentiary hearing is held on the denied Allegations Nos. 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, and 13.

The Court found the Defendant to have violated the terms and conditions of Supervised Release as set forth in the Judgment and Probation/Commitment Order of the United States District Court for the Southern District of Texas, imposed on June 10, 2004. The Court ORDERS the term of Supervised Release, revoked.

It is adjudged that Defendant, JOSE ROLANDO RENDEROS, is hereby committed to the custody of the Bureau of Prisons, for a term of eighteen(18) months, on each of Allegations Nos. 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, and 13, to be served concurrently with each other, and to run consecutively, to the 180 months of custody, imposed in LACR07-00102(A)-ABC.

Upon release from confinement, the Defendant is placed on Supervised Release for a period of eighteen(18)months, on each of Allegation Nos. 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, and 13, and shall run concurrently under the original terms and conditions, as imposed on June 10, 2004, in the United States District Court, for the Southern District of Texas, and consecutive to the terms and conditions, imposed in LACR07-00102(A)ABC.

IT IS SO ORDERED.

Dated: February 14, 2014

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

CLERK, U. S. DISTRICT COURT

By: M. Dillard
　　M. Dillard, Courtroom Deputy

